

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

September 17, 2025

**BY ECF**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Faisil McCants et al.*, **25 Cr. 417 (JSR)**

Dear Judge Rakoff:

The Government writes, with the consent of the defendants, to respectfully request that the time until the initial pretrial conference in this matter, scheduled for September 30, 2025, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to produce discovery, the defendants time to review discovery, and the parties an opportunity to discuss the possibility of pretrial resolutions in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Alexandra S. Messiter
Kathryn Wheelock
Assistant United States Attorneys
(212) 637-2544/ -6527

cc:    Michael Arthus, Esq. (by ECF)
Amy Gallicchio, Esq. (by ECF)
Anthony Ricco, Esq. (by ECF)