AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> NASIR PARSONS <br> *Defendant* | ) <br> ) <br> ) Case No. 25 Cr. 417 (JSR) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nasir Parsons.

Date: 09/24/2025

Anthony L. Ricco /s/
*Attorney's signature*

Anthony L. Ricco #1765098
*Printed name and bar number*

20 Vesey Street
Suite 400
New York, New York 10007

*Address*

tonyricco@aol.com
*E-mail address*

(212) 791-3919
*Telephone number*

(212) 791-3940
*FAX number*