```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                    :
                                              Docket #25cr417
 UNITED STATES OF AMERICA,                :

                    Plaintiff,            :

  - against -                             :

 PARSONS, NASIR,                          : New York, New York
                                            September 17, 2025
                    Defendant.            :

--------------------------------------- :

                       PROCEEDINGS BEFORE
                 THE HONORABLE ROBYN TARNOFSKY,
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:          UNITED STATES ATTORNEY'S OFFICE
                        BY:  REMY K. GROSBARD, ESQ.
                        26 Federal Plaza
                        New York, New York 10278-0004

For Defendant:          LAW OFFICE OF ANTHONY L. RICCO
                        BY:  ANTHONY L. RICCO, ESQ.
                        20 Vesey Street
                        New York, New York 1000

Also Present:           SPECIAL AGENT DIANA ALAYO




Transcription Service:  Carole Ludwig, Transcription Services
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                          PROCEEDING                         3
 2              THE CLERK:  Good afternoon.  Judge Robyn
 3   Tarnofsky is presiding over 25cr417, U.S.A. v. Nasir
 4   Parsons.  Counsel, please state your name for the record,
 5   starting with the Government.
 6              MR. REMY GROSBARD:  Good afternoon, Your Honor,
 7   Remy Grosbard the Government, and with me at counsel
 8   table is Special Agent Diana Alayo (phonetic) of HIS.
 9              THE COURT:  Good afternoon.
10              MR. ANTHONY RICCO:  Good afternoon, Your Honor,
11   Anthony Ricco for the defendant Nasir Parsons.
12              THE COURT:  Good afternoon.  Thank you all for
13   being here.  May I have the date and time of the arrest?
14              MS. GROSBARD:  Yesterday at approximately 1:48
15   p.m.
16              THE COURT:  And the time of presentment is 2:08.
17   Mr. Parsons, I'm Magistrate Judge Tarnofsky, and you're
18   here because you've been charged with certain crimes in a
19   superseding indictment.  The purpose of today's
20   proceeding is to advise you of certain rights that you
21   have, to inform you of the charges against you, to decide
22   under what conditions if any you should be released
23   pending trial, although I understand that you are
24   consenting to detention without prejudice to a future
25   application.
```

```
 1                          PROCEEDING                         4
 2              I'll first explain certain constitutional rights
 3   that you have.  You have the right to remain silent.
 4   You're not required to make any statements.  Even if
 5   you've already made statements to the authorities, you
 6   don't need to make any more.  Any statements you do make
 7   can be used against you.
 8              You have the right to be released either
 9   conditionally or unconditionally pending trial unless I
10   find there are no conditions that would reasonably assure
11   your presence at future court appearances and the safety
12   of the community, or unless you are consenting to
13   detention.
14              If you're not a U.S. citizen, you have the right
15   to request that a consular officer from your country of
16   origin be notified of your arrest.  In some cases a
17   treaty or other agreement may require the United States
18   government to give that notice whether you ask for it or
19   not.  And I'm required by law to tell you this even if
20   you are a U.S. citizen and it doesn't apply to you.
21              You have the right to be represented by a lawyer
22   during all court proceedings, including this one, and
23   during any questioning by the authorities.  You have the
24   right to hire your own lawyer, but if you're unable to
25   afford one, I would appoint one today to represent you.
```

```
 1                          PROCEEDING                        5
 2              So I have in front of me the indictment,
 3   superseding indictment containing the charges against
 4   you, and it charges you with Hobbs Act robbery and the
 5   use, carrying, and possession of a machine gun.
 6   Specifically, on or about August 27, 2025, in the
 7   Southern District of New York and elsewhere, you are
 8   charged, along with others known and unknown, of
 9   knowingly committing robbery as that term is defined in
10   Title 18 U.S.C. 1951(b)(1) and, therefore, obstructed
11   interstate commerce as that term is defined in the U.S.C.
12   and aided and abetted the same, specifically you and Mr.
13   McCannis are charged with robbing a drug dealer of
14   marijuana in vicinity of 109th Street and Madison Avenue
15   in Manhattan.
16              You're also charged on that same day during and
17   in relation to the charge in count one a drug trafficking
18   crime for which you may be prosecuted, namely, possession
19   of marijuana with intent to distribute.  You knowingly
20   used and carried a firearm and possessed a firearm, a
21   machine gun that shot and was designated to shoot
22   automatically more than one shot without manual reloading
23   by a single trigger function, and aided and abetted the
24   use and carrying of that firearm which was brandished and
25   discharged.
```

```
 1                          PROCEEDING                          6
 2            Counsel, have you received a copy of the
 3   indictment and reviewed it with your client?
 4            MR. RICCO:  Your Honor, I have received a copy
 5   of the superseding indictment, and I've had the
 6   opportunity to review the indictment with Mr. Parsons and
 7   the Pretrial Services offices.
 8            THE COURT:  Okay.  Has the district judge
 9   referred the case for arraignment?
10            MS. GROSBARD:  No, Your Honor, just for
11   presentment.
12            THE COURT:  Okay.  Has the district judge set a
13   conference date?
14            MS. GROSBARD:  Not yet.  I understand that will
15   happen later this afternoon, but the Government would
16   request that Your Honor set a control date for two weeks
17   out from today.
18            THE COURT:  Okay, so set a control date of
19   Wednesday, October 1.
20            MS. GROSBARD:  That works for the Government.
21            MR. RICCO:  That would be fine, Your Honor.
22            THE COURT:  Do we know how the DJ is?
23            MS. GROSBARD:  The district judge is Judge
24   Rakoff.
25            THE COURT:  Okay.  And is there a request for
```

```
 1                          PROCEEDING                          7
 2   the exclusion of time?
 3            MS. GROSBARD:  Yes, Your Honor, the Government
 4   moves to exclude time until October 1, 2025 in the
 5   interest of justice to allow time for the Government to
 6   prepare to produce discovery and for the parties to
 7   discuss the possibility of a pretrial resolution in this
 8   matter.
 9            THE COURT:  Okay.
10            MR. RICCO:  That's on consent, Your Honor.
11            THE COURT:  Okay.  So with the agreement of the
12   parties, I will exclude time through and including
13   October 1, 2025.  I find that the interest of justice
14   served by taking that action, specifically allowing
15   discussion of resolution and allowing the Government time
16   to prepare discovery outweigh the interest of the public
17   and the defendant in a speedy trial.  Is there an
18   agreement regarding detention?
19            MS. GROSBARD:  Yes, Your Honor, that's the
20   Government's understanding.  The Government is seeking
21   detention pursuant to 18 U.S.C. 3142(f)(1)(A) and
22   (f)(1)(B) and understand that is on consent.
23            MR. RICCO:  Your Honor, that's on consent
24   without prejudice to raise the issues of bail at a future
25   date.
```

```
1                       PROCEEDING                       8
2          THE COURT:  Okay.  So based on my review of the
3  indictment, the Pretrial Services report which was
4  provided in this matter, and the agreement of defendant,
5  Mr. Parsons will be detained without prejudice to future
6  bail application.  Is there anything further?
7          MS. GROSBARD:  Not from the Government.
8          MR. RICCO:  No, Your Honor, not with respect to
9  the case, but there is something that I want to put on
10 the record.
11         THE COURT:  Okay.
12         MR. RICCO:  And that is, Your Honor, I've been a
13 member of the bar here for 44 years.  I've been on all
14 types of cases in this courthouse, from capital cases to
15 cases like today.  When I walked in the courtroom this
16 afternoon, one of the CSO's took my umbrella from me.  I
17 did not protest about it.  I always give the court
18 personnel the utmost respect at all times.  But during
19 the break I did make an inquiry as to whether or not
20 there's a new court rule that says lawyers are not
21 allowed to possess their umbrellas.  I was told that
22 there is no such rule, I know of no such rule, and I was
23 asked that my umbrella be returned, and it was returned.
24         But I did want to make a record that I'm a
25 member of this court in good standing and have been so
```

```
 1                        PROCEEDING                         9
 2   for four decades, and I've never had a person in this
 3   courthouse remove from me any property that I possess,
 4   and I just wanted to make a record of that because I'm
 5   going to consider what steps I'm going to take next in
 6   connection with that, and I wanted to have a
 7   contemporaneous record of it.  I'm not asking the Court
 8   to do anything, but I wanted a record of it.  Thank you.
 9            THE COURT:  Thank you, counsel.  Is there
10   anything further?
11            MS. GROSBARD:  Not from the Government.
12            MR. RICCO:  Thank you very much, Your Honor.
13            (Whereupon the matter is adjourned.)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              10
                         C E R T I F I C A T E


        I, Carole Ludwig, certify that the foregoing
transcript of proceedings in the case of USA v. PARSONS,
Docket #25cr417, was prepared using digital transcription
software and is a true and accurate record of the
proceedings.



Signature_____*Carole Ludwig*_____
              Carole Ludwig
Date:  October 6, 2025
```