Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Kathryn Wheelock, 917-599-3615

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
FAISIL MCCANTS

Case No.

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* FAISIL MCCANTS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1951 (Hobbs Act Robbery); 924(c) (firearms use, carrying, and possession).

Date: 08/29/2025

*Issuing officer's signature*

City and state: New York, New York

The Honorable Katharine H. Parker, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/29/25, and the person was arrested on *(date)* 9/5/2025
at *(city and state)*

Date: 9/5/2025

*Arresting officer's signature*

O'Sullivan DUSM
*Printed name and title*