PCBFPARP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

     v.                              25 Cr. 417 (JSR)

NASIR PARSONS,

                                Conference
              Defendant.

------------------------------x

                                New York, N.Y.
                                December 11, 2025
                                4:00 p.m.

Before:

                    HON. JED S. RAKOFF,

                              District Judge

                    APPEARANCES

JAY CLAYTON
     United States Attorney for the
     Southern District of New York
BY:  ALEXANDRA S. MESSITER
     BRANDON DOUGLAS HARPER
     KATHRYN WHEELOCK
     Assistant United States Attorneys

ANTHONY L. RICCO
STEVEN LEGON
     Attorneys for Defendant

PCBFPARP

(Pages 3 through 5 SEALED)

PCBFPARP

(In open court)

THE DEPUTY CLERK:  Please be seated.

Would the parties please identify themselves for the record.

MS. MESSITER:  Yes, your Honor.

On behalf of the government, Alex Messiter, Kate Wheelock, and Brandon Harper.

THE COURT:  Good afternoon.

MR. HARPER:  Good afternoon.

MR. RICCO:  Good afternoon, your Honor.

Anthony Ricco and Steven Legon for the defendant, Nasir Parsons.

And your Honor, over my shoulder in the back row are the family members: aunts, uncles, and relatives of Nasir Parsons.

THE COURT:  Thanks very much.  I see some other people just entering the courtroom as well.

So, my understanding is that the defendant wishes to plead guilty to a superseding indictment; is that right, or is it an information?

MR. RICCO:  Yes, Judge.  A super- --

THE COURT:  A superseding information.

MR. RICCO:  Yes, sir.  Thank you.

THE COURT:  So I'm perfectly happy to have him enter his plea of guilty.  But the reason I just wanted to speak to

PCBFPARP

counsel in the robing room is because, through no fault of counsels', I've got competing scheduling problems that have arisen, so I will be happy to accept his guilty plea, but we'll need to put this matter over for a few days.

Why don't -- I'll ask counsel to jointly call my chambers tomorrow and we'll set a date for the plea.

And my apologies, and particularly my apologies to all of the people in the back of the room who came down here.  This was a very unexpected scheduling conflict.

But call tomorrow, and we'll set a prompt hearing for the entry of the plea.

THE DEPUTY CLERK:  Do you want to set a time for the phone call tomorrow in the morning?

THE COURT:  Sure.  You want to call 10 o'clock?

THE DEPUTY CLERK:  You've got something else.  11?

THE COURT:  Okay, 11 o'clock.

MR. RICCO:  That would be fine.

Thank you, your Honor.

THE COURT:  Thanks very much.

(Adjourned)