Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

**United States District Court**

ORIGINAL

Southern _____ District of New York ___

Caption:

United States of America v.

Faisil McCants,   Defendant.

Docket No.: 25 Cr. 417

Honorable Jed S. Rakoff
(District Court Judge)

Notice is hereby given that the defendant Faisil McCants appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____ (specify) entered in this action on 5/7/26 .
(date)

This appeal concerns: Conviction only |___  Sentence only | ✓ |  Conviction & Sentence |___  Other |___

Defendant found guilty by plea | ✓ | trial |   | N/A [ .

Offense occurred after November 1, 1987?  Yes | ✓  No [      N/A [

Date of sentence: 5/5/26 _____ N/A | ✓ |

Bail/Jail Disposition: Committed | ✓   Not committed |      N/A |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/202

Appellant is represented by counsel?  Yes ✓ | No |     If yes, provide the following information:

Defendant's Counsel:    Daniel Habib, Esq.

Counsel's Address:    Federal Defenders of New York

52 Duane Street, 10th Floor, New York, NY 10007

Counsel's Phone:    (212) 417-8742

Assistant U.S. Attorney:    Kathryn Wheelock, DOJ-USAO

AUSA's Address:    26 Federal Plaza

New York, NY  10278

AUSA's Phone:    (212) 637-2415

AMY GALLICCHIO, ESQ.
Signature